# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201600141**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JOSHUA J. POULLARD
Corporal (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain J. Andrew Talbert, JAGC, USN.
Convening Authority: Commanding Officer, Marine Aviation Training Support Group 23, Pensacola, FL.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Michael E. Sayegh, USMC.
For Appellant:  Lieutenant Commander Jeremy J. Wall, JAGC, USN.
For Appellee: Lieutenant Robert J. Miller, JAGC, USN;
Lieutenant James M. Belforti, JAGC, USN.

———————————————

Decided 12 January 2017

———————————————

Before MARKS, FULTON, and GLASER-ALLEN, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL

Clerk of Court